1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  BARBARA J. VALLIERE  (DCBN 439353)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7039
7      FAX: (415) 436-7234
       barbara.valliere@usdoj.gov
8
   Attorneys for United States of America
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,            ) CASE NO. CR 22-00372 SI
                                          )
14 |     Plaintiff,                       ) STIPULATION REGARDING RESTITUTION
                                          )
15 |   v.                                 )
                                          )
16 | JONATHAN YET WING SOONG,             )
                                          )
17 |     Defendant.                       )
                                          )
18 |                                      )

19
         The United States and the defendant, Jonathan Yet Wong Soong, through his attorney, hereby
20
   stipulate that page 7 of the Judgment in the above-captioned case should be amended to include the
21
   following information regarding the Name of the Payee:
22
                              US Department of the Treasury
23                              Bureau of the Fiscal Service
                                   Attn: Zenia Jones
24                                  PO Box 51318
                                Philadelphia, PA 19115
25

26
   IT IS SO STIPULATED.
27

28

STIPULATION REGARDING RESTITUTION
CR 22-00372 SI

| | | |
|---|---|---|
| 1 | DATED: May 12, 2023 | Respectfully submitted |
| 2 | | ISMAIL J. RAMSEY |
| 3 | | United States Attorney |
| 4 | | *Barbara J Valliere* |
| | | BARBARA J. VALLIERE |
| 5 | | Assistant United States Attorney |
| 6 | | |
| 7 | | __/s/ *Hanni M. Fakhoury* (with permission) |
| | | HANNI M. FAKHOURY |
| 8 | | Counsel for Jonathan Soong |

IT IS SO ORDERED.

Dated: _____

SUSAN ILLSTON
United States District Judge

U.S. SENTENCING MEMORANDUM
CR 22-00372 SI                                    1